## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Freddie Owens, | Case No. 0:15-mc-00254-TLW-PJG |
| **PETITIONER** | |
| v. | |
| Bryan P. Stirling, Commissioner, South Carolina Department of Corrections; Joseph McFadden, Warden, Lieber Correctional Institution, | **Order** |
| **RESPONDENTS** | |

This matter is before the Court on Petitioner's Motion for Stay of Execution, which was filed on February 8, 2016.  ECF No. 45.  This Court previously granted two ninety-day stays of execution, which terminated on November 13, 2015 and February 22, 2016, respectively.  ECF Nos. 9, 30.  Petitioner now asks this Court to grant another ninety-day stay pursuant to 28 U.S.C. § 2251(a)(1).  Respondents have not filed a response to the motion.

Having carefully reviewed the record and relevant authority, the Court finds that Petitioner should be granted a stay of execution.  The stay shall terminate 90 days after the date of this Order. The Parties may seek an additional stay of execution as necessary pursuant to § 2251(a)(1) to allow for full consideration of Petitioner's imminent habeas petition.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

February 19, 2016
Columbia, South Carolina

1