IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Freddie Owens,<br><br>PETITIONER<br><br>v.<br><br>Bryan P. Stirling, Commissioner, South Carolina Department of Corrections; Joseph McFadden, Warden, Lieber Correctional Institution,<br><br>RESPONDENTS | Case No. 0:16-cv-02512-TLW-PJG<br><br>**Order** |

This matter is before the Court on Petitioner's Motion for Stay of Execution, which was filed on August 5, 2016.  ECF No. 96.  This Court previously granted four ninety-day stays of execution, which terminated on November 13, 2015, February 22, 2016, May 19, 2016, and August 15, 2016, respectively.  ECF Nos. 9, 30, 47, 69.  Petitioner now asks this Court to grant another stay pursuant to 28 U.S.C. § 2251(a)(1).  Respondents have not filed a response to the motion.

Having carefully reviewed the record and relevant authority, the Court finds that Petitioner should be granted a stay of execution.  As he has now filed his habeas petition, ECF No. 83, this stay shall be extended pending resolution of his petition.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

August 10, 2016
Columbia, South Carolina

1