IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Freddie Owens, | ) | C/A No. 0:16-2512-TLW-PJG |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER GRANTING MOTION** |
| v. | ) | **FOR EXTENSION OF TIME** |
| | ) | **(DEATH PENALTY CASE)** |
| Bryan P. Stirling, Commissioner, South | ) | |
| Carolina Department of Corrections; | ) | |
| Joseph McFadden, Warden, Lieber | ) | |
| Correctional Institution, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

The petitioner in this capital habeas corpus matter, Freddie Owens ("Petitioner"), is a state prisoner convicted of murder, armed robbery, and conspiracy and sentenced to death. On July 22, 2016, Petitioner filed a Motion for Authority to Conduct Discovery (ECF No. 92) and a Motion to Stay Proceedings Pending Exhaustion of State Remedies (ECF No. 93). Subsequently, on August 8, 2016, Respondents filed separate responses to each of these motions (ECF Nos. 98 & 99). Then on August 12, 2016, Respondents filed a document entitled "Corrected Response in Opposition to Motion to Stay Proceedings Pending Exhaustion of State Court Remedies" (ECF No. 101), followed by a document entitled "Amended Response in Opposition to Motion to Stay Proceedings Pending Exhaustion of State Court Remedies" (ECF No. 102).[1] On August 15, 2016, Petitioner filed a Motion for Extension of Time, asking for ten (10) additional days to reply to Respondents' Responses. Petitioner has indicated that counsel for Respondents consents to the request.

---

[1] Respondents did not indicate if the previously filed Responses should be disregarded in light of the Amended Response.

Page 1 of 2



The court hereby grants Petitioner's motion.  Petitioner is directed to file his Reply to the Response in Opposition to the Motion for Authority to Conduct Discovery on or before September 1, 2016.  Petitioner is directed to file his Reply to the Responses in Opposition to the Motion (including the Corrected and Amended Responses) on or before September 1, 2016, and should address all three filings, to the extent necessary, in one reply memorandum.

Based on the foregoing, it is hereby

**ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 103) is **GRANTED**.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

August 17, 2016
Columbia, South Carolina