IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Freddie Owens, | C/A No. 0:16-2512-TLW-PJG |
| Petitioner, | |
| v. | **ORDER**<br>**(DEATH PENALTY CASE)** |
| Bryan P. Stirling, Commissioner, South Carolina Department of Corrections; Joseph McFadden, Warden, Lieber Correctional Institution, | |
| Respondents. | |

The petitioner in this capital habeas corpus matter, Freddie Owens ("Petitioner"), is a state prisoner convicted of murder, armed robbery, and conspiracy and sentenced to death. This matter is before the court on Respondents' Motion to Lift Stay of Proceedings (ECF No. 138).

On October 18, 2016, this court stayed these federal habeas proceedings, pending the resolution of Petitioner's second Post-Conviction Relief Application in state court. (ECF No. 124). On April 13, 2017, Respondents informed this court that Petitioner's state court action has been dismissed and moved to lift the stay in these proceedings. (ECF No. 138). On April 27, 2017, Petitioner responded in support of Respondents' motion. (ECF No. 145). Accordingly, Respondents' Motion to Lift Stay of Proceedings (ECF No. 138) is **GRANTED**.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

April 27, 2017
Columbia, South Carolina

Page 1 of 1